# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

Londale Madison )

_____ )   Case Number: _____
_____ )                    25-1628-SPM
_____ )              *(Clerk's Office will provide)*
  *Plaintiff(s)/Petitioner(s)* )

HEAd WARdEN 'Anthony wills, )   ☒ CIVIL RIGHTS COMPLAINT
Assist. WARdEN oF OpeRations )   pursuant to 42 U.S.C. §1983 (State Prisoner)
KEViN REichERT, UNKNOWN )       ☐ CIVIL RIGHTS COMPLAINT
PlAceMENT oFFicE SupERVisor, )   pursuant to 28 U.S.C. §1331 (Federal Prisoner)
MENtAl HEAlth Mg. KlAusiE, C/o )   ☐ CIVIL COMPLAINT
TYNER,  *Defendant(s)/Respondent(s)* C/o Knight, )   pursuant to the Federal Tort Claims Act, 28 U.S.C.
John DoE C/o GAllERy )           §§1346, 2671-2680, or other law
  OFFicER...

I.   **JURISDICTION**

SCANNED at MENARD and E-mailed
8/2/25 by AA 20 pages
Date    Initials    No.

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of
     confinement.   LoNdAlE MAdisoN Y-26390
                    MENARd CorRectioNAl CENtER
                    P.O. Box 1000, MENARd, Ill. 62259

**Defendant #1:**

B.   Defendant Anthony Wilks _____ is employed as
              (a)    (Name of First Defendant)
     HEAd WARdEN oF the MENARd CorRuptioNAl CENtER
              (b)    (Position/Title)
     with P.O. Box 1000, MENARd, Ill. 62259
              (c)    (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?   ☒ Yes   ☐ No

If your answer is YES, briefly explain:
              HE WAS AT All TiMES RElEVANT
         #1 HEAd WARdEN oF the ENtiRE
              MENARd C.C. PRisoN

Rev. 10/3/19

**Defendant #2:**

C.    Defendant <u>KEVIN REICHERT</u> is employed as

(Name of Second Defendant)

<u>EMPLOYED AS ASSist. WARDEN OF OPERATIONS</u>

(Position/Title)

with <u>AT MENARD Corruptional CENTER Prison</u>

(Employer's Name and Address)

<u>P.O. Box 1000 MENARD ILLINOIS 62259</u>

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☒ Yes    ☐ No

If you answer is YES, briefly explain: HE WAS AT All Times THE NUMBER #1 HEAD WARDEN OF THE ENTIRE Prison day To day operations.

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

#3.    DEFENDANT: PlacEMENT OFFICE Supervisor is EMPloyED AS ONE iN Charge OF Assigning inmates compatible cellie To live with AT MENARD Corruptional CENTER Prison P.O. Box 1000 MENard, ILLiNois 62259

YES ☒ This PlacEMENT Supervisor was AT All Times extremely Responsible For Moving And Placing inmates iN SAFE Housing Cell iN Protective Custody!

Rev. 10/3/19

4th DEFENDANT: Mental Health worker Ms. Klausie is employed As Mental Health worker AT The Menard Corruptional Center Prison P.O. Box 1000 Menard Ill. 62259

☒ YES, She AT All Times Relevant Had the Authority To demand, And See To plaintiff being Move out of Harms way AN Deliberately turn A blind eye!

5.# DEFENDANTS C/o Tyner, ↙ Badge#8223 C/o Knight, And John Doe C/o is All employed As security STAFF oFFicers working in Protective Custody Unit AT MENArd Corruptional CENTER. P.O. Box 1000, MENArd Ill. 62259

☒ YES, AT All Times Relevant All Three oF these deliberately ignore plaintiffs Safety.

7.    Approximate date of filing lawsuit: *NONE*

8.    Approximate date of disposition: *NONE*

9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" *NONE*

## III.    GRIEVANCE PROCEDURE

A.    Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☒ Yes    ☐ No

C.    If your answer is YES,
1.    What steps did you take? *FILE A GRIEVANCE ON A NON EMERGENCY BASIS, it WAS immediately ANSWER, I then Forward it, To SpringField AdminiStrative Review board, And I got it back*
2.    What was the result? *Also ANSWERED AND THE prison ATTACK ME TAKING All MY EVIdence AND ComplAint AwAy From ME.*

D.    If your answer is NO, explain why not.
*ANSWER is YES. JAil House/AWYER is Filing This ComplAint FoR plAintiFF ON Notes I KEpt working for him.*

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☒ Yes    ☐ No

F.    If your answer is YES,
1.    What steps did you take? *wrote LETTERS TO HEAD WARden, To Assist. WArden, To PlAcEMENT OFFICE, To C/O's For Help got No Help!*

Rev. 10/3/19

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes ☒No

B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits: *NONE*
Plaintiff(s):

Defendant(s):

*NONE*

2.    Court (if federal court, name of the district; if state court, name of the county): *NONE*

3.    Docket number:

4.    Name of Judge to whom case was assigned: *NONE*

5.    Type of case (for example: Was it a habeas corpus or civil rights action?): *NONE*

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *NONE*

Rev. 10/3/19

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

ON OR ABOUT 1-28-2025 PlAINTIFF WAS MOVEd IN CEII. #418 WEST Protective Custody. UPON ArrivAl MY CEIIy Told ME IN FRONT OF The "John DOE defendANT OFFILER" That I WASN'T MOVING IN the CEII with him! I Told him this where they PUT ME. I don4 WANT No Trouble with you. I could TEII From The begINING ME. AND Him WERE INCOMPATIBLE AS CEIIMATES! Their WAS TENSION betWEEN US. A FEW HOURS There with him IN the CEII, he Told ME he WAS A predAtor! I immediAtely got SCARE FOR MY SAFEty! When I would get up wAlking INSIde The CEII he would get up AN WAlk pAST ME brushing his groIN UP AgAINST MY ANUS. So I immediAtely wrote A NoTE TO MY gAIIERy OFFICER John Doe defendANT TelliNg him The SerIoUS SituAtioN ASking To be MOVE! The correctioNAl oFFICER Took No steps TO SECUre ME oUT oF HArms wAy! So thAt Night oN 1-28-2025 I SENT A leTTER TO DEFENdANT PlACEMENT oFFICE SUPERVISOR, AN KEPT A Copy FOR MYSElF ASKINg To be MOVEd! I got No RESPONSE AND I WASNT MOVE The NEXT dAy! oN 2-5-2025 MY CEIIy FORCE ME TO perForm orA/ SEX oN Him! He Told ME he would bEAT ME, AND STAB ME iF I REFUSE OR TEII ANybody! I WAS terriFied FOR MY SAFEty, So I AgAIN wrote To DEFENdANT PlACEMENT oFFICE SUPERVISOR oN 2-5-2025. AgAIN PlACEMENT oFFICE igNoRE ME

Rev. 10/3/19

(1)

2.   What was the result? UNKNOWN SECURITY STAFF TOOK All My EXhibits, complAint, FiNAl RESUlTs FROm A.R.B. oFFiCE ANd plACE ME iN SEGREGATION.

G.   If your answer is NO, explain why not.

ANSWEr is YES.

H.   Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

SECURity CONFISCATEd everything PlAiNtiFF HAd.

Rev. 10/3/19

AN I RECEIVE NO RESPONSE OR HELP, NOT, WAS I MOVE! I KEPT A Copy oF this Second letter FOR my SAFETY To LET My Family know what's going on! I ALSO wrote The DEFENDANT ASSist. WARDEN of operations ON 2-5-2025 AND AgAin ON 2-9-2025 pleading FOR SAFEty And To be MOVE ouT this cell immediately To SOME pLACE SAFE! I RECEIVE NO help period From the DEFENdANT Assist WARDEN oF operations KEVIN REichERT NoR, would he write bACK, NOR EVER do daily rounds walking the units! I KEPT A Copy oF THE leHERS I wrote To defendANt Assist WARDEN oF Operations. I Also wrote A Few "Notes" To the gAlleRy oFFicers As Kings To be MOVE telling them right AWAY in the "Notes" My celly WAS raping ME! I goT NO Help From defendants C/o TyNER, OR defendANT C/o KNighT. I Also informed Mental HEALth DEFendANt Ms. KlAusie in person ON 2-19-2025 And Told HER what's been going oN with ME being in that cell with A predator willshe pleASE get ME MoVED! DEFendANt Ms. KlAusie informed ME with A blatant Lie MAliciously that it WAS out oF HER HANds. Security STAFF per Approval oF the wARDEN's policy, Customs, And practice will MACE you AN TAKE you To Segregation FOR MErely Asking FOR protection From your celly ENStEAd oF moving you, OR just ignore your request LEAving you Helpless in Violation oF Your Constitutional rights To be Free From Any Cruel And unusual punishment And treatment. IN MY FEAr AN NEEd FOR SAFEty I Also wrote the HEAd WARDEN DEFENdANt ANthony wills oN 2-11-2025 And goT NO ANSWER. I KEpt A Copy

(2)

OF that letter As well. ON 2-19-2025 my celly Attack ME. I Scream For help And defendant C/o Knight CAME And us both was MACE. WE was TAKEN To North If two Segregation As A part of the wardens policy, Custom, And practice inmate Must Fight To get Moved. All in All plaintiff was Oral And ANAlly RApe, Four times!! EAch defendant Failure To protect ME! A RApe Kit was done ON plAintiff but, I don't know the Results. plaintiff was later Retaliated on in the Form of Security STAFF confiscating his 42 U.S.C. §1983 Complaint Form And Exhibits trying To Stop this Lawsuit From being Filed.

## RELIEF REQUESTED

(State what relief you want from the court.)

(3.)

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

I Request Compensatory damages individual for each defendant in the Amount of $200,000.00 dollars, and punitive damages in the Amount of 2 million dollars for the Numerous Rapes staff Allow me to suffer. Each is being Sued in their individual and official capacities for violations of my 4th, 8th, 14th Amendment under the U.S-Constitution under color of law.

## VI.    JURY DEMAND (check one box below)

I ask that the court U.S. Marshal Appropriate Summons And complaint on each defendant.

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 8-21-2025
(date)

Menard Correctional Center
P.O. Box 1000
Street Address

Menard Illinois 62259
City, State, Zip

_Londale Madison_
Signature of Plaintiff

Londale Madison
Printed Name

Y-26390
Prisoner Register Number

_Jail House Lawyer_
Signature of Attorney (if any)

Bobby Ford N-20126

Rev. 10/3/19

**United States District Court**
**SOUTHERN DISTRICT OF ILLINOIS**

_____    )
     Plaintiff,         )
                   )
VS.                )     Case No.: _____
                   )
                   )
_____    )
     Defendant       )

### NOTICE OF FILING

TO: _____     TO: _____
_____     _____
_____     _____
_____     _____

TO: _____     TO: _____
_____     _____
_____     _____
_____     _____

PLEASE TAKE NOTICE that on _____, 20_____, I have provided service to the person(s) listed above by the following means:

    ☐    Electronically filed through _____ Correctional Law Library

    ☐    Institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

### DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: _____     /s/_____
                                NAME: _____
                                IDOC#: _____
                                _____ Correctional Center
                                P.O. Box _____
                                _____, IL _____



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

## ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Madison, Londale

Name

P26390

ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?  (Yes) or No

    If this is a habeas case, please circle the related statute: 28 U S C 2241 or 28 U S C 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?  Yes or (No)

    If yes, please list case number: _____

    If yes, but you do not know the case number mark here: _____

3.  Should this document be filed in a pending case?  Yes or (No)

    If yes, please list case number: _____

    If yes, but you do not know the case number mark here: _____

4.  Please list the total number of pages being transmitted:  20

5.  If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
| --- | --- |
| Complaint | 20 |
| | |
| | |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.  Discovery materials sent to the Court will be returned unfiled.